**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lila Thompson, et al., | No. CV-25-00093-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| PACCAR Incorporated, et al., | |
| Defendants. | |

The parties have stipulated to extend certain case management deadlines. (Doc. 120.) Good cause appearing, that stipulation is granted.

Non-party Lateshia EagleTail filed an "Emergency Motion for Stay Pending Appeal." (Doc. 123.) That motion appears to seek a stay of this case while EagleTail appeals the denial of her earlier motion to intervene. As explained in the order denying intervention, the current plaintiff Lila Thompson is a proper plaintiff under Arizona law "and she is entitled to bring this suit on behalf of herself and all other beneficiaries." (Doc. 104 at 3.) EagleTail's current motion acknowledges likelihood of success on appeal is the first factor when assessing a motion to stay. (Doc. 123 at 2.) In fact, a party seeking a stay pending appeal must make "a strong showing that [she] is likely to succeed on the merits." *Washington v. United States Dep't of Educ.*, 161 F.4th 1136, 1139 (9th Cir. 2025) (simplified). EagleTail does not present any meaningful arguments showing she is likely to succeed on appeal. Her motion to stay is therefore denied.

EagleTail has now filed three motions to intervene (Doc. 71, 89, 102) and a motion

to stay pending appeal (Doc. 123). Arizona law makes clear EagleTail is not a proper representative or a possible beneficiary. Therefore, EagleTail should not file additional motions in this case.

**IT IS ORDERED** the Stipulation (Doc. 120) is **GRANTED**. The following deadlines apply:

- The deadline for fact discovery, limited to the discovery of documents and deposition testimony from the FBI, as described in the *Touhy* Request, is **May 1, 2026**;
- The expert disclosure deadline for the party with the burden of proof is **April 6, 2026**;
- The expert disclosure deadline for the responding party is **June 8, 2026**;
- The rebuttal expert disclosure deadline is **July 6, 2026**;
- The deadline for good faith settlement talks is **June 22, 2026**.
- All other deadlines, including the **October 30, 2026**, deadline for dispositive motions, remain in place.

**IT IS FURTHER ORDERED** the Motion for Stay (Doc. 123) is **DENIED**.

Dated this 20th day of February, 2026.

*[signature]*

Honorable Krissa M. Lanham
United States District Judge